[No. 81644-1. En Banc.]
Argued October 20, 2009.    Decided September 2, 2010.

*In the Matter of the Detention of* DAVID W. McCUISTION, *Petitioner.*

The opinion in the above captioned case, which appeared in the advance sheets at 169 Wn.2d 633-64, has not been published in this permanent bound volume pursuant to an order of the Supreme Court dated May 10, 2011 directing that the opinion be withdrawn. See ___ Wn.2d ___.